**Electronically Filed**
**Supreme Court**
**SCWC-16-0000783**
**20-JAN-2021**
**02:08 PM**
**Dkt. 13 OGAC**

SCWC-16-0000783

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

JOHN S. GAILLIARD and JODI L. GAILLIARD,
Respondents/Plaintiffs-Appellees,

vs.

ELIZABETH RAWSTHORNE and WILLIAM BATES,
Petitioners/Defendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000783; CIV. NO. 14-1-00366K)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioners/Defendants-Appellants' Application for Writ of Certiorari filed on November 30, 2020, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be held in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawai'i, January 20, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

